IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSE NELIO SILVESTRE-ORTEGA | CRIMINAL ACTION<br>NO. 15-122 |

### ORDER

      **AND NOW**, this 6th day of March, 2017, after reviewing Defendant Jose Nelio Silvestre-Ortega's Motion Under 18 U.S.C. § 3582(c)(2) Pursuant to Amendment 2L1.2(b)(1)(A)(ii), (ECF No. 23), the Government's response (ECF No. 25), and the Defendant's Reply, (ECF No. 26), it is **ORDERED** that the motion is **DENIED**.

                                                    BY THE COURT:

                                                    ***/s/ Gerald J. Pappert***
                                                    GERALD J. PAPPERT, J.